# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN ALBERTO ORTIZ CERON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80247

FILED

JAN 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

In this original petition for a writ of mandamus, petitioner appears to contend that because he falls within the scope of the Treaty of Hildalgo the district court lacks subject matter jurisdiction over him. Petitioner appears to challenge extradition.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88

20-02460

P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we
ORDER the petition DENIED.[1]

_____ Pickering _____, C.J.
        Pickering

_____, J.                            _____, J.
Hardesty                                    Cadish

cc:    Juan Alberto Ortiz Ceron
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition also constitutes an additional basis upon which to deny relief NRAP 21(a)(1).